IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MANUEL SALAS,

                Petitioner,                ORDER

v.

                                            09-cv-237-slc

GREGORY GRAMS, LORI ALSUM,
JAMES GREER, GLORIA MARQUARDT,
CYNTHIA THORPE, DALIA SULIENE,
R.N. KETARKUS, PAUL PERSSON,
and STEVE HELGERSON,

                Respondents.

---

In an order entered April 23, 2009, I told petitioner that before I could consider his request to proceed *in forma pauperis* he would have to submit a trust fund account statement covering the six-month period preceding the filing of his complaint so that I could assess an initial partial payment of the $350 fee for filing this case. Petitioner has submitted the requested statement. From petitioner's trust fund account statement, it appears that petitioner presently has no means with which to pay an initial partial payment of the $350 fee for filing his complaint. However, petitioner should be aware that he is obligated to pay the $350 filing fee, even if this court determines that he will not be allowed to proceed with his complaint *in forma pauperis* and even if he does not presently have funds with which to pay the fee. 28 U.S.C. § 1915(b)(1). His account will be monitored and the fee must be taken in monthly instalments when the funds exist.

Accordingly, IT IS ORDERED that petitioner's complaint is taken under advisement. As soon as the court's calendar permits, petitioner's complaint will be screened pursuant to 28 U.S.C. § 1915(e)(2) to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks

monetary relief against a defendant who is immune from such relief. Petitioner will be notified promptly when such a decision has been made. Further, the Clerk of Court is requested to insure that the court's financial records reflect that petitioner Salas owes the $350 fee for filing this case, in accordance with the requirements of the Prison Litigation Reform Act.

Entered this 6th day of May, 2009.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge