IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MANUEL SALAS,

                Plaintiff,                      ORDER

v.

                                        09-cv-237-slc

GREGORY GRAMS, LORI ALSUM,
JAMES GREER, GLORIA MARQUARDT,
CYNTHIA THORPE, DALIA SULIENE,
R.N. KETARKUS, PAUL PERSSON,
and STEVE HELGERSON,

                Defendants.

---

In an order entered June 3, 2009, Judge Barbara Crabb granted plaintiff Manuel Salas leave to proceed *in forma pauperis* on his claims that defendants violated his Eighth and Fourteenth Amendment rights by discussing or approving the discussion of his private medical information in the presence of other inmates and staff, and violated his Eighth Amendment rights by failing to protect him from a substantial risk of serious self-harm. Now before the court are plaintiff's motions for release of legal materials and to stop defendants from conducting investigations, reports and grievances.

In his motion to release legal material, he states that before he was transferred from the Columbia Correctional Institution on July 17, 2009 he sent in two copy requests to the library. The first was to obtain copies of documents he was going to file in this case, including a motion for appointment of counsel and his brief in support of the motion (20 pages of copies). The second request was for two copies of 100 pages of documents, including affidavits and health care records. Perhaps because of plaintiff's transfers the copy request has been delayed. However, I will ask defendant's counsel to see that plaintiff's original documents and any copies that have been made are returned to plaintiff so that he can prosecute his case.

Plaintiff's second motion is a request for an order preventing the defendants from conducting any investigations against him. Any claims concerning investigations against plaintiff is not before the court in this case. Therefore his motion must be denied. To the extent that he is alleging a claim that the defendants retaliated against him, he will have to bring the claim in a separate lawsuit.

ORDER

IT IS ORDERED that:

1. Plaintiff's motion for the release of his legal materials, dkt. #22, is GRANTED.

2. Plaintiff's motion to stop defendants from conducting investigations, reports and grievances, dkt. #23, is DENIED.

Entered this 30th day of July, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge