IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MANUEL SALAS,

                Plaintiff,                              ORDER

   v.

                                                    09-cv-237-slc

GREGORY GRAMS, LORI ALSUM,
JAMES GREER, GLORIA MARQUARDT,
CYNTHIA THORPE, DALIA SULIENE,
R.N. KETARKUS, PAUL PERSSON,
and STEVE HELGERSON,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered June 3, 2009, I granted plaintiff Manuel Salas leave to proceed in forma pauperis on his claims that defendants violated his Eighth and Fourteenth Amendment rights by discussing or approving the discussion of his private medical information in the presence of other inmates and staff, and violated his Eighth Amendment rights by failing to protect him from a substantial risk of serious self-harm. On July 30, 2009, Magistrate Judge Stephen Crocker granted plaintiff's motion for release of legal materials. These materials were documents that he had sent to the library at Columbia Correctional Institution for copying prior to his transfer from that institution. Now plaintiff has renewed his motion for release of records.

1

He states that only 20 pages were returned to him and that 100 pages of documents, including affidavits and health care records, are still missing. I will ask defendants' counsel to look into this matter and advise the court by August 21, 2009 why these materials have not been released to plaintiff.

Plaintiff also asks the court to seal two affidavits of Phil B. Keller that he has submitted to the court. Plaintiff filed these affidavits even though they were not filed in support of any motion or in response to any motion and are therefore unnecessary. I will grant plaintiff's motion to seal them.

ORDER

IT IS ORDERED that:

1. Defendants' counsel shall advise this court by August 21, 2009 why defendants have not complied with the July 30, 2009 order requiring defendants to release plaintiff's legal materials.

2. Plaintiff's motion to seal two affidavits of Phil B. Keller, dkt. # 26, is GRANTED.

Entered this 11th day of August, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2