IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MANUEL SALAS,

                Plaintiff,                ORDER

  v.

                                      09-cv-237-slc

GREGORY GRAMS, LORI ALSUM,
JAMES GREER, GLORIA MARQUARDT,
CYNTHIA THORPE, DALIA SULIENE,
R.N. KETARKUS, PAUL PERSSON,
and STEVE HELGERSON,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Manuel Salas is proceeding on his claims that defendants violated his Eighth and Fourteenth Amendment rights by discussing or approving the discussion of his private medical information in the presence of other inmates and staff, and violated his Eighth Amendment rights by failing to protect him from a substantial risk of serious self-harm. Now before the court is plaintiff's motion for review of Magistrate Judge Crocker's August 26, 2009 decision denying plaintiff's motion for appointment of counsel.

      Pursuant to 28 U.S.C. § 636(b)(1)(A), I may reconsider the magistrate judge's order where it has been shown that it is clearly erroneous or contrary to law. I have reviewed the magistrate judge's decision and find that it is neither clearly erroneous nor contrary to law. The magistrate judge took into account the relevant factors: the efforts plaintiff had made

1

to find counsel, the absence of any apparent impediments to his ability to prosecute the case and the relative simplicity of the case. Therefore, plaintiff's motion for reconsideration will be denied.

## ORDER

IT IS ORDERED that plaintiff's motion for reconsideration of Magistrate Judge Stephen Crocker's August 26, 2009 order, dkt. #49, is DENIED.

Entered this 18th day of September, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge