IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MANUEL SALAS,

                                         Plaintiff,                    ORDER

   v.

GREGORY GRAMS, LORI ALSUM, JAMES GREER,
GLORIA MARQUARDT, CYNTHIA THORPE, DALIA SULIENE,     09-cv-237-slc
R.N. KETARKUS, PAUL PERSSON and STEVE HELGERSON,

                                 Defendants.

---

Plaintiff Manuel Salas claims that defendants violated his Eighth and Fourteenth Amendment rights by discussing his private medical information in the presence of other inmates and staff, and violated his Eighth Amendment rights by failing to protect him from a substantial risk of serious self-harm. Before the court is plaintiff's motion to compel non-party staffers in the Health Services Unit to answer interrogatories and admissions. *See* dkt. 76.

Plaintiff, of course, may discover relevant information from the defendants, but pursuant to Fed. R. Civ. P. 33, interrogatories cannot be served on individuals who are not parties to the case. In addition, requests for admissions may only be served on parties. Fed. R. Civ. P. 36.

Therefore, it is ORDERED that plaintiff's motion to compel non-parties to answer his interrogatories and requests for admissions, dkt. 76, is DENIED.

Entered this 17th day of November, 2009.

                                                     BY THE COURT:

                                                     /s/

                                                     STEPHEN L. CROCKER
                                                     Magistrate Judge