IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MANUEL SALAS,

                   Plaintiff,                           ORDER

    v.

                                              09-cv-237-wmc

GREGORY GRAMS, LORI ALSUM,
JAMES GREER, GLORIA MARQUARDT, CYNTHIA
THORPE, DALIA SULIENE, R.N. KETARKUS,
PAUL PERSSON and STEVE HELGERSON,

                   Defendants.

---

      Plaintiff has filed two documents that appear to be requests for an extension of time in which to respond to defendants' motion for summary judgment and for the court to hold a status conference. Plaintiff has not signed the documents as required by the Federal Rules of Civil Procedure. Under Rule 11(a), every pleading, motion and other paper filed with the court must be signed by the party if that party is not represented by counsel. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). Therefore, I am returning plaintiff's documents to him with his copy of this memorandum and giving him until May 7, 2010, in which to sign and return the documents to this court. Failure to do so will result in the documents being stricken pursuant to Rule 11(a).

      Entered this 27th day of April, 2010.

                                              BY THE COURT:

                                              /s/

                                              STEPHEN L. CROCKER
                                              Magistrate Judge