IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MANUEL SALAS,

    Plaintiff,

v.

GREGORY GRAMS, LORI ALSUM,
JAMES GREER, GLORIA
MARQUARDT, CYNTHIA THORPE,
DALIA SULIENE, R.N. KETARKUS,
PAUL PERSSON and STEVE
HELGERSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-237-wmc

---

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    _____7/13/10_____
Peter Oppeneer, Clerk of Court              Date